IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARY JOHN GARRETT BYRD                                    PLAINTIFF

v.                                                  Civil No.: 1:18-cv-00036-GHD-RP

COMFORT INN-TUPELO, MISSISSIPPI, *et. al.*               DEFENDANTS

**ORDER GRANTING MOTIONS TO DISMISS**

Pursuant to an opinion issued this day, the Court hereby **ORDERS** as follows:

1. LeeB2, LLC, ABRMP Management LLC, and Bruce Patel motions to dismiss [37, 39] are **GRANTED**; and

2. The Plaintiff shall properly serve process upon each defendant in this case on or before July 2, 2018, and file proof of service with the Court demonstrating such service or face dismissal of her claims against them.

SO ORDERED, this the _21st_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

1