IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARY JOHN GARRETT BYRD**                         **PLAINTIFF**

VS.                                                    **CAUSE NO. 1:18-CV-00036-GHD-DAS**

**COMFORT INN-TUPELO, MISSISSIPPI;**
**FUSION HOSPITALITY, LLC;**
**BRUCE PATEL AND AMANDA DANIELS**
                                                            **DEFENDANTS**

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the *ore tenus* motion of the Plaintiff, and the Court finding that the Defendants are in agreement, the Court hereby finds that the claims against Bhupender "Bruce" Patel and Amanda Daniels are hereby dismissed without prejudice.

SO ORDERED, this the 24th day of July, 2018.

                                                                            /s/ Ale H Davidson
                                                                      UNITED STATES DISTRICT JUDGE

AGREED:

/s/ PHILIP HEARN
PHILIP HEARN, MSB#9366
philiphearn@yahoo.com


/s/ J.L. WILSON
J.L. WILSON, MB#10782
jwilson@upshawwilliams.com

SUBMITTED BY:

J. L. Wilson, IV, MB#10782
UPSHAW, WILLIAMS, BIGGERS,
   & BECKHAM, LLP
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone: 662/455-1613
jwilson@upshawwilliams.com